

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00143-CR

DAVID M. BRANUM                                                            APPELLANT

V.

THE STATE OF TEXAS                                                              STATE

------------

FROM THE 297TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1]

------------

Appellant David M. Branum attempts to appeal the trial court's order that voids ab initio the judgment revoking his community supervision. On April 11, 2012, we sent Branum a letter stating our concern that we lacked jurisdiction over the appeal because the order voiding the judgment did not appear to be appealable. *See McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth

---

[1]*See* Tex. R. App. P. 47.4.

1996, no pet.); *see also Saliba v. State*, 45 S.W.3d 329, 329 (Tex. App.—Dallas 2001, no pet.). We instructed Branum or any party desiring to continue the appeal to file a response showing grounds for continuing the appeal or the appeal would be dismissed. *See* Tex. R. App. P. 44.3. Branum filed a response, but it does not show grounds for continuing the appeal. Therefore, we dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL: MCCOY, MEIER, and GABRIEL, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: May 24, 2012